UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KARLA ASCENCIO, et al., | No. C 12-04884 LB |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| ADRU CORP., | |
| Defendant. | |

Plaintiff filed a complaint against Defendants on September 18, 2012. Complaint, ECF No. 1. Plaintiffs consented to the undersigned's jurisdiction on October 12, 2012. ECF No. 5. Plaintiffs served Defendant ADRU Corporation on October 22, 2013. *See* ECF No. 6. Defendant has not responded or otherwise appeared in this matter. *See generally* Docket. On December 19, 2012, Plaintiffs moved for entry of default, ECF No. 7, and the clerk of the court entered default on December 27, 2012, ECF No. 8. Since then the case has come to a standstill.

Accordingly, the court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. Plaintiffs **SHALL** do so by filing a written response no later than Monday, September 23, 2013. The court **SETS** a show cause hearing for **Thursday, September 26, 2013** at **11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: September 16, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-04884 LB
ORDER TO SHOW CAUSE