IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARLA ASCENCIO and JUDITH ALLEN,

    Plaintiffs,

v.

ADRU CORPORATION, a California corporation doing business as Burger King #15775,

    Defendant.

No. C 12-04884 WHA

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The undersigned judge has reviewed the report and recommendation of Magistrate Judge Laurel Beeler (Dkt. No. 15). No objection to the report and recommendation was filed. The order therefore **ACCEPTS** and **ADOPTS** in full the findings therein. Accordingly, judgment shall be entered separately for plaintiff in the amount of $20,432, consisting of the following parts: (1) $8,000 in statutory damages; (2) $11,864 in attorney's fees; and (3) $568 in costs. In addition, the following permanent injunction is hereby **ENTERED** against defendant:

> Defendant ADRU Corporation, a California corporation doing business as Burger King franchise # 15775, must permit service dogs to accompany people with disabilities in all areas of the facility where the public is normally allowed to go, unless the dog is creating a disturbance and the animal's handler does not take effective action to control it, or the dog is not housebroken. When it is not obvious what service an animal provides, staff may ask only two questions: (1) is the dog a service animal required because of a disability; and (2) what work or task has the dog been trained to perform. Staff cannot ask about the person's disability, require medical documentation, require a special identification card or training

documentation for the dog, or ask that the dog demonstrate its ability to perform the work or task.

For a district court's contempt power to apply to this injunction, defendant must "receive actual notice of it by personal service or otherwise." FRCP 65(d)(2). Plaintiffs are thus instructed to provide proper service of this order to defendant by no later than **JANUARY 23, 2014**. Plaintiffs shall also file a copy of the proof of service.

**IT IS SO ORDERED.**

Dated: January 6, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2