IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARLA ASCENCIO and JUDITH ALLEN,

    Plaintiffs,

v.

ADRU CORPORATION, a California corporation doing business as Burger King #15775,

    Defendant.

                                 /

No. C 12-04884 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting the report and recommendation of Magistrate Laurel Beeler, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant in the amount of (1) $8,000 in statutory damages; (2) $11,864 in attorney's fees; and (3) $568 in costs.  The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  January 6, 2014.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE